IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 03-292-KI |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JEFFREY M. CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

Karin J. Immergut
United States Attorney
District of Oregon
Frank Noonan
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon 97204-2902

     Attorneys for Plaintiff

Steven T. Wax
Federal Public Defender
101 S. W. Main Street, Suite 1700
Portland, Oregon 97204

     Attorney for Defendant

KING, Judge:

Defendant's Motion to Dismiss Prosecution as Barred by the Statute of Limitations (#19)

is granted.  I deny Clark's remaining motions, numbered 53, 17, 13, 15 and 21, as moot.

IT IS SO ORDERED.

Dated this ____21st____ day of April, 2005.


        __/s/ Garr M. King_____
        Garr M. King
        United States District Judge